Roderick Leshun RANKIN *v.* STATE of Arkansas

CR 96-1025                                        942 S.W.2d 251

Supreme Court of Arkansas
Opinion delivered April 14, 1997

*Gene E. McKissic,* for appellant.

No response.

PER CURIAM. The procedural history of this appeal was recited in our *per curiam* order of March 24, 1997. By that order we granted Roderick Leshun Rankin's motion to be allowed to file a belated brief. We also ordered his counsel, Gene E. McKissic, to appear to show cause why he should not be held in contempt of this Court for failure to file a brief on behalf of Mr. Rankin by February 20, 1997, which we had designated as the date it was due after a third and "final extension."

Mr. McKissic appeared on April 7, 1997, pleaded guilty in response to the contempt citation, and offered a statement in mitigation concerning his heavy case load as a member of one of two law firms in Jefferson County sharing the work of representing indigent clients pursuant to a contract with the County.

We accept Mr. McKissic's plea and statement. He is hereby fined $250. A copy of this order will be forwarded to the Committee on Professional Conduct.